# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIERA BARBER,** | : | **CIVIL ACTION NO. 1:14-CV-613** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUBWAY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of September, 2015, upon consideration of the

motion (Doc. 24) pursuant to Federal Rule of Civil Procedure 56(a) by defendant

Subway, and for the reasons set forth in the accompanying memorandum, it is

hereby ORDERED that:

1.  Defendant's motion (Doc. 24) for summary judgment is DENIED.

2.  Plaintiff's motion (Doc. 36) *in limine* is DENIED as moot.

3.  The stay of pretrial and trial deadlines imposed at the request of the
    parties pending resolution of defendant's motion is LIFTED.

4.  The parties shall meet and confer with the goal of developing a
    proposed schedule for further proceedings. On or before **Wednesday,
    September 23, 2015**, the parties shall submit a joint proposed schedule
    to the court or, in the event the parties are unable to agree, shall
    submit individual proposed schedules for the court's consideration.

5.     On or before **Tuesday, September 22, 2015**, plaintiff shall file certificates of concurrence or non-concurrence for each of plaintiff's remaining motions (Docs. 34, 38) *in limine*.  <u>See</u> LOCAL RULE OF COURT 7.1.  If the motions are not concurred, defendant shall file a response to each motion on or before **Friday, October 2, 2015**.  Plaintiff may file a reply in accordance with the Local Rules of Court.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania